WILLIAM W. CLARK COMPANY, INC., et al., Respondents, *v.* JOSEPH KOSICH, Defendant, and JOHN SCHULTZ et al., Appellants.

(Argued November 21, 1928; decided December 7, 1928.)

*John Bright* and *Abram F. Servin* for appellants.

*J. Allan Ballman* and *A. C. N. Thompson* for respondents.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.